IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRYAN MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:14-cv-00887-SMY-SCW |
| ) | |
| VILLAGE OF CAHOKIA, a ) | |
| Municipal Corporation, ) | |
| VILLAGE OF CAHOKIA WATER & ) | |
| SEWER, and MAYOR GARY ) | |
| CORNWELL, ) | |
| ) | |
| Defendants. ) | |

## FIRST AMENDED COMPLAINT

Comes now Plaintiff, Bryan Moore, by and through his attorney, Blake G. Meinders of Sprague and Urban, and for his Complaint against Defendants states as follows:

1. Plaintiff is and has been a resident of the State of Illinois, St. Clair County.

2. Defendant is a municipality located in St. Clair County, Illinois operating under the laws of the United States and the State of Illinois.

3. At all relevant times to this Complaint the Village of Cahokia, Village of Cahokia Water & Sewer employees and Mayor Gary Cornwell were acting under the color of law in their official capacities for Defendants.

4. At all relevant times in this Complaint Mayor Gary Cornwell was the final policy making authority for Defendants.

5. At all relevant times herein Bryan Moore was an employee of the Village of Cahokia Water & Sewer.

1

6. Prior to Gary Cornwell's election as Mayor of Cahokia, Bryan Moore had previously made attempts to run for Mayor of the Village of Cahokia.

7. Bryan Moore was subsequently fired from the Village of Cahokia Water & Sewer on January 28, 2014. A position he had held from more than twenty years.

## COUNT I – RACIAL DISCRIMINATION

1. Pleading in addition to or in the alternative Plaintiff hereby incorporates paragraphs 1 – 7 set forth herein.

8. Prior to the initiation of this lawsuit Bryan Moore filed a Complaint with the EEOC claiming a charge of discrimination.

9. The right to sue letter was issued March 19, 2014 by the EEOC (see attached letter hereto marked Exhibit "1").

10. Since Mayor Gary Cornwell's election as Mayor, Defendants have engaged in the unlawful employment practices as follows:

    a. Defendant has subjected Bryan Moore to unlawful racial discrimination during his employment in violation of 775 ILCS 5/1.

    b. The unlawful conduct was unwelcome, racial in nature and directed at Plaintiff because of his race. The unlawful conduct was sufficiently severe or persuasive to create a hostile work environment for Plaintiff which altered the terms and conditions of his employment. Defendant has knowledge of the racial discrimination and failed to take proper or effective remedial measures to end any harassment. As a result of his race Plaintiff was fired. As a result of the actions complained of Bryan Moore has been deprived of the equal employment opportunities and otherwise adversely effected as his status as an employee because of his race.

  c. The unlawful employment practices complained of were done with malleus or reckless indifference to the protected rights of Bryan Moore.

WHEREFORE, Plaintiff, Bryan Moore, prays for judgment against the Defendant, Gary Cornwell, Village of Cahokia Water & Sewer and Village of Cahokia for a fair and just award in excess of $50,000 and for punitive damages against Defendants and for further relief the Court deems just and proper under the circumstances.

### COUNT II – VIOLATION OF THE FIRST AMENDMENT OF THE UNITED STATES CONSTITUTION

1. Pleading in addition to or in the alternative Plaintiff hereby incorporates paragraphs 1 – 7 set forth herein.

8. Plaintiff, Bryan Moore, was terminated by Defendants in violation of the First Amendment in the United States Constitution as follows:

  a. Plaintiff, Bryan Moore, was employed by the Village of Cahokia Water & Sewer and was satisfactory performing his job duties.

  b. Bryan Moore was not a policy maker nor confidential employer for the Village of Cahokia Water & Sewer Plaintiff.

  c. Bryan Moore, was subsequently fired as a result of his political activity in running for the mayor of Village of Cahokia against Defendant, Gary Cornwell.

WHEREFORE, Plaintiff, Bryan Moore, prays for judgment against the Defendant, Gary Cornwell, Village of Cahokia Water & Sewer and Village of Cahokia for a fair and just award in excess of $50,000 and for punitive damages against Defendants and for further relief the Court deems just and proper under the circumstances.

## COUNT III – VIOLATION OF SECTION <u>820 ILCS 115/5</u>

1. Pleading in addition to or in the alternative Plaintiff hereby incorporates paragraphs 1 – 7 set forth herein.

8. After Plaintiff's termination on January 28, 2014 Defendants have refused to pay Plaintiff, Bryan Moore, his requisite vacation and sick time as required by 820 ILCS 115/5.

9. Plaintiff has made several attempts to collect back benefits and no payments have been made by any Defendants in this matter.

10. <u>According to 820 ILCS 115/5, Plaintiff is entitled to compensation for back benefits as a result of "separation", regardless of termination or resignation</u>.

WHEREFORE, Plaintiff, Bryan Moore, prays for judgment against the Defendant, Gary Cornwell, Village of Cahokia Water & Sewer and Village of Cahokia for a fair and just award in excess of $50,000 and for punitive damages against Defendants and for further relief the Court deems just and proper under the circumstances.

BRYAN MOORE,

BY:\_\_\_\_\_/s/ Blake G. Meinders_____
BLAKE G. MEINDERS

BLAKE G. MEINDER-#6297175
SPRAGUE & URBAN
26 East Washington Street
Belleville, IL 62220
(618) 233-8383