IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRYAN MOORE,

    Plaintiff,

vs.

VILLAGE OF CAHOKIA, ILLINOIS, A Municipal Corporation, VILLAGE OF CAHOKIA WATER & SEWER, and MAYOR GARY CORNWELL,

    Defendants.

Case No. 14-cv-0887-SMY-SCW

## ORDER DISMISSING CASE

Before the Court is Plaintiff's Motion to Dismiss With Prejudice (Doc. 58). The Court notes a 60-Day Order was entered on December 18, 2015 due to notification by the parties that the matter had settled. Accordingly and pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court **GRANTS** the motion to dismiss, **DISCHARGES** the 60-Day Order (Doc. 57) and **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

DATE: January 25, 2016

                                              s/ *Staci M. Yandle*
                                              **STACI M. YANDLE**
                                              **DISTRICT JUDGE**